# United States District Court

RECEIVED
AUG 2 1 2006

DISTRICT OF __ALASKA__

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

RICHARD D. POMEROY

Plaintiff,

v.

Barbara Brink, Supervisor
Alaska Public Defender Agency;
Gary Soberay, Assistant Public
Defender; Jeff Mahlen,
Assistant Public Defender.

Defendant(s)

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:06-cv-00099-TMB

TO: (Name and Address of Defendant)

Gary Soberay
900 W. 5th Ave, Suite 200
Anchorage Alaska 99501

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Richard D. Pomeroy
529 W. 75th Ave, #1
Anchorage Alaska 99518

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| DA ROMACK | | April 28, 2006 |
|---|---|---|
| CLERK | | DATE |

BY DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | **DATE** August 14, 2006 |
| **NAME OF SERVER (PRINT)** Johnny Ray Compton | **TITLE** 1:55 pm |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 900 W 5th Avenue Ste 200 Anchorage, Alaska 99501

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

---

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $ 20.00 | $ 35.00 | $ 55.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-14 2006          *Signature of Server*  Johny Ray Compton
        *Date*

8031 Williwa Avenue
Anchorage, Alaska 99504
*Address of Server*