# United States District Court

**RECEIVED**
AUG 21 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

DISTRICT OF **ALASKA**

RICHARD D. POMEROY
Plaintiff,

v.

Barbara Brink, Supervisor
Alaska Public Defender Agency;
Gary Soberay, Assistant
Public Defender; Jeff Mahlen
Assistant Public Defender;
Defendant(s)

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:06-cv-00099-TMB

TO: (Name and Address of Defendant)

Jeff Mahlen
900 W. 5th Ave, Suite 200
Anchorage Alaska 99501

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Richard D. Pomeroy - Pro-Se Counsel
529 W. 75th Ave, #1
Anchorage Alaska 99518

an answer to the complaint which is herewith served upon you, within ____30____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

IDA ROMACK
CLERK

DATE: April 28, 2006

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE August 14, 2006 |
| NAME OF SERVER (PRINT) Johnny Ray Compton | TITLE 9:30 am |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 900 W. 5th Avenue Ste. 200 Anchorage, Alaska 99501

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $10.00 | $35.00 | $45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-14-2006
             Date

Signature of Server: Johnny Ray Compton

8031 Williwa Avenue
Anchorage, Alaska 99504
Address of Server