DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Venable Vermont, Jr.
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@law.state.ak.us

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| RICHARD D. POMEROY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 3:06-cv-00099-TMB |
| | ) | |
| v. | ) | |
| | ) | |
| BARBARA BRINK; Supervisor Alaska Public Defender Agency; GARY SOBERAY; Assistant Public Defender; and JEFF MAHLEN; Assistant Public Defender, | ) ) ) ) ) | **ENTRY OF APPEARANCE** |
| | ) | |
| Defendants. | ) | |
| | ) | |

   Please take notice that Venable Vermont, Jr., Assistant Attorney General, Department of Law, Office of the Attorney General located at 1031 West Fourth Avenue, Suite 200, Anchorage, Alaska 99501-1994, telephone: (907) 269-5190, hereby enters his appearance as counsel of record in the above-captioned matter on behalf of defendants Barbara Brink, Gary Soberay and Jeff Mahlen.

Copies of all notices, motions and pleadings should be sent to the address referenced above.

DATED this 25th day of August, 2006 at Anchorage, Alaska.

>DAVID W. MÁRQUEZ
>ATTORNEY GENERAL
>
>By:    s/ Venable Vermont, Jr.
>       Assistant Attorney General
>       Office of the Attorney General
>       1031 W. 4th Ave., Ste. 200
>       Anchorage, AK 99501
>       Phone: (907) 269-5190
>       Fax:   (907) 258-0760
>       Venable_Vermont@law.state.ak.us
>       TWC_ECF@law.state.ak.us
>       Alaska Bar No. 8306067

This is to certify that on this date, a copy of
the foregoing Entry of Appearance is being mailed to:

Richard D. Pomeroy
529 W. 75th Ave., # 1
Anchorage, AK 99518

s/ Venable Vermont, Jr.  8/25/06