DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Venable Vermont, Jr.
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@law.state.ak.us

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD D. POMEROY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BARBARA BRINK; Supervisor Alaska ) <br> Public Defender Agency; GARY ) <br> SOBERAY; Assistant Public Defender; ) <br> and JEFF MAHLEN; Assistant Public ) <br> Defender, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 3:06-cv-00099-TMB <br><br><br><br> **DEMAND FOR JURY TRIAL** |

      Defendants Barbara Brink, Gary Soberay and Jeff Mahlen, by and through the Office of the Attorney General, requests and demands a trial by jury on all issues triable of right by jury in the above-entitled cause.

DATED this 25th day of August, 2006 at Anchorage, Alaska.

         DAVID W. MÁRQUEZ
         ATTORNEY GENERAL

By: s/ Venable Vermont, Jr.
   Assistant Attorney General
   Office of the Attorney General
   1031 W. 4th Ave., Ste. 200
   Anchorage, AK 99501
   Phone: (907) 269-5190
   Fax: (907) 258-0760
   Venable_Vermont@law.state.ak.us
   TWC_ECF@law.state.ak.us
   Alaska Bar No. 8306067

This is to certify that on this date, a copy of
the foregoing Jury Demand is being mailed to:

Richard D. Pomeroy
529 W. 75th Ave., # 1
Anchorage, AK 99518

s/ Venable Vermont, Jr.  8/25/06