## INDEX OF ATTACHED DOCUMENTS FROM
## THE PUBLIC RECORD

Notice of Plea Agreement, 3AN-S02-10469 CR
September 13, 2005 ...................................................................................................1

Judgment, 3AN-S02-10469 CR
September 13, 2005 ...................................................................................................5

Amended Complaint, 3AN-05-4284 CI
January 27, 2005 ......................................................................................................11

Order, 3AN-05-4284 CI
February 9, 2005 ......................................................................................................16

Order, 3AN-05-4284 CI
February 22, 2005 ....................................................................................................17

Final Judgment, 3AN-05-4284 CI
March 10, 2005 ........................................................................................................18

Pomeroy v. Brink, et al., Alaska Supreme Court Memorandum Opinion and Judgment
January 18, 2006 ......................................................................................................20

Order, Alaska Court of Appeals, A-09518
January 13, 2006 ......................................................................................................26

Order, Alaska Court of Appeals, A-09518
February 10, 2006 ....................................................................................................28

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

STATE OF ALASKA, )
)
      Plaintiff, )
) **FILED IN OPEN COURT**
vs. ) 9-1305
)
RICHARD DALE POMEROY, )
DOB: 7/26/1957 )
APSIN ID: 0577148 )
DMV NO. 0577148 )
SSN: 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 )
ATN: 107-346-537 )
)
      Defendant. )
)

No. 3AN-S02-10469 CR

### NOTICE OF PLEA AGREEMENT

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any offense unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

    The State of Alaska gives notice of a plea agreement between the State and the defendant which will result in the following:

    1.    The defendant plead no contest to one count of Assault in the Third Degree. The parties will proceed to sentencing pursuant to a Criminal Rule 11 plea agreement providing as follows.

    2.    On the Assault in the Third Degree, the defendant will receive five years with two years suspended. Probation will be for three years.

3. The defendant admits to the aggravator AS 11.55.155(c)(5)

4. The defendant will be subject to the following general conditions of probation:

GENERAL CONDITIONS OF PROBATION

1. Report to the Department of Corrections Probation Office on the next business day following the date of sentencing; or, if time is to be served immediately after sentencing, then report to the Department of Corrections Probation Office on the next business day following release from an institution.

2. Secure the prior written permission of a probation officer of the Department of Corrections before changing employment or residence or leaving the region of residence to which assigned.

3. Make a reasonable effort to secure and maintain steady employment. Should you become unemployed, notify a probation officer of the Department of Corrections as soon as possible.

4. Report in person between the first day and the tenth day of each month, or as otherwise directed, to your assigned office of the Department of Corrections. Complete in full a written report when your probation officer is out of the office to insure credit for that visit. You may not report by mail unless you secure prior permission to do so from your probation officer.

5. At no time have under your control a concealed weapon, a firearm, or a switchblade or gravity knife.

6. Do not knowingly associate with a person who is on probation or parole or a person who has a record of a felony conviction unless prior written permission to do so has been granted by a probation officer of the Department of Corrections.

7. Make a reasonable effort to support your legal dependents.

Notice of Plea Agreement                    2
St. v. Richard Pomeroy
3AN-S02-10469 Cr.

8. Do not consume intoxicating liquor to excess.

9. Comply with all municipal, state and federal laws.

10. Report all purchases, sales and trades of motor vehicles belonging to you, together with current motor vehicle license numbers for those vehicles, to your probation officer.

11. Upon the request of a probation officer, submit to a search of your person, personal property, residence, computer or any vehicle in which you may be found for the presence of contraband.

12. Abide by any special instructions given by the Court or any of its duly authorized officers, including probation officers of the Department of Corrections.

The defendant will be subject to the following special conditions of probation:

1. Pay restitution to the victims in an amount to be determined by the Court, payable to the Attorney General's Office on a monthly payment schedule, in an amount to be determined by the Court. The amount shall be determined within 30 days of the change of plea.

2. Apply for the Permanent Fund Dividend, if eligible, for benefit during the years under the custody and supervision of the Department of Corrections; forfeit the proceeds for application toward restitution. The Department of Revenue is hereby ordered to deliver the Permanent Fund Dividend check(s) to the Attorney General's Office for this purpose.

3. Submit immediately to a urinalysis and/or blood analysis by a medical doctor or medical laboratory to determine the use of alcohol, narcotics, or other controlled substances when directed to do so by a probation officer or the Department of Corrections.

4. Undergo a substance abuse evaluation and successfully complete any recommended treatment. The defendant is not to discontinue treatment without the written approval of the substance abuse treatment program provider and the Probation/Parole Officer,

Notice of Plea Agreement                3
St. v. Richard Pomeroy
3AN-S02-10469 Cr.

and must authorize the program, through signed releases of information, to provide progress reports/evaluations to the Probation/Parole Officer.

5. Submit to the collection of a buccal swab and taking of fingerprints for the purpose of creating a DNA identification system pursuant to AS 44.41.025 and AS 44.41.035.

6. Not use, possess, handle, purchase, give, or administer any controlled substance, to include marijuana, without a valid prescription; and submit to testing for the use of controlled substances when required by the Probation/Parole Office.

7. Advise all members of the household in which he is residing of his criminal history, even when his residence is temporary, where children are present.

8. Shall have no contact either directly or indirectly with the victim or her family.

DATED this _13_ day of September, 2005 at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: _Taylor E. Winston_
Taylor E. Winston, 9711081
Assistant District Attorney

DISTRICT ATTORNEY, STATE OF ALASKA
310 K STREET, SUITE 520
ANCHORAGE, ALASKA 99501
(907) 269-6300

Notice of Plea Agreement          4
St. v. Richard Pomeroy
3AN-S02-10469 Cr.

I hereby certify that this is a true and correct copy of the original on file in my office.
ATTEST:                         Clerk of the Trial Courts
                                                    Deputy
By _____
Date: 10/5/05

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

STATE OF ALASKA, )
  )
    Plaintiff, )
  )
vs. )
  )
RICHARD DALE POMEROY, )
DOB: 7/26/1957 )
APSIN ID: 0577148 )
DMV NO. 0577148 )
SSN: 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 )
ATN: 107-346-537 )
  )
    Defendant. )
  )

No. 3AN-S02-10469 CR

FILED in the Trial Courts
State of Alaska  Third District

SEP 1 3 2005

Clerk of the Trial Courts
By ___GG___ Deputy

## JUDGMENT

The defendant has been convicted upon his plea to an Information Replacing Indictment of:

| Count | Date of Offense | Offense (including tag #) | Statute Violated | DV Offense Per AS 18.66.990(3) &(5) (Yes or No) |
|---|---|---|---|---|
| I | February thru November 2002 | Assault in the Third Degree (tag 005) | 11.41.220(a)(1)(C)(ii) | No |

Defendant came before this court on the effective date (see last page), with counsel, Andrew Lambert, and an Assistant District Attorney was present.

It appearing to the satisfaction of this court that the ends of justice and the best interests of the public will be served thereby,

IT IS ORDERED that the defendant is sentenced to five years with two years suspended, and three years probation. In addition the defendant shall admit the aggravator found under AS 12.55.155(c)(5).

    The sentence is:

        _X_ non-presumptive. Defendant is eligible for parole.

Judgment
State v. Richard Pomeroy
3AN-S02-10469 Cr.
Page 1 of 7

R., p. 5

___ all or partially presumptive. Defendant is ineligible for parole, except as provided in AS 33.16.090(b) and (c).

The defendant will be subject to the following general conditions of probation:

GENERAL CONDITIONS OF PROBATION

1. Report to the Department of Corrections Probation Office on the next business day following the date of sentencing; or, if time is to be served immediately after sentencing, then report to the Department of Corrections Probation Office on the next business day following release from an institution.

2. Secure the prior written permission of a probation officer of the Department of Corrections before changing employment or residence or leaving the region of residence to which assigned.

3. Make a reasonable effort to secure and maintain steady employment. Should you become unemployed, notify a probation officer of the Department of Corrections as soon as possible.

4. Report in person between the first day and the tenth day of each month, or as otherwise directed, to your assigned office of the Department of Corrections. Complete in full a written report when your probation officer is out of the office to insure credit for that visit. You may not report by mail unless you secure prior permission to do so from your probation officer.

5. At no time have under your control a concealed weapon, a firearm, or a switchblade or gravity knife.

6. Do not knowingly associate with a person who is on probation or parole or a person who has a record of a felony conviction unless prior written permission to do so has been granted by a probation officer of the Department of Corrections.

7. Make a reasonable effort to support your legal dependents.

8. Do not consume intoxicating liquor to excess.

9. Comply with all municipal, state and federal laws.

10. Report all purchases, sales and trades of motor vehicles belonging to you, together with current motor vehicle license numbers for those vehicles, to your probation officer.

Judgment
State v. Richard Pomeroy
3AN-S02-10469 Cr.
Page 2 of 7

11. Upon the request of a probation officer, submit to a search of your person, personal property, residence, computer or any vehicle in which you may be found for the presence of contraband.

12. Abide by any special instructions given by the Court or any of its duly authorized officers, including probation officers of the Department of Corrections.

The defendant will be subject to the following special conditions of probation:

1. Pay restitution to the victims in an amount to be determined by the Court, payable to the Attorney General's Office on a monthly payment schedule, in an amount to be determined by the Court. *Restitution shall be held open for 30 days from the date of judgment on [Sept-13, 2005]*

2. Apply for the Permanent Fund Dividend, if eligible, for benefit during the years under the custody and supervision of the Department of Corrections; forfeit the proceeds for application toward restitution. The Department of Revenue is hereby ordered to deliver the Permanent Fund Dividend check(s) to the Attorney General's Office for this purpose.

3. Submit immediately to a urinalysis and/or blood analysis by a medical doctor or medical laboratory to determine the use of alcohol, narcotics, or other controlled substances when directed to do so by a probation officer or the Department of Corrections.

4. Undergo a substance abuse evaluation and successfully complete any recommended treatment. The defendant is not to discontinue treatment without the written approval of the substance abuse treatment program provider and the Probation/Parole Officer, and must authorize the program, through signed releases of information, to provide progress reports/evaluations to the Probation/Parole Officer.

5. Submit to the collection of a buccal swab and taking of fingerprints for the purpose of creating a DNA identification system pursuant to AS 44.41.025 and AS 44.41.035.

6. Not use, possess, handle, purchase, give, or administer any controlled substance, to include marijuana, without a valid prescription; and submit to testing for the use of controlled substances when required by the Probation/Parole Office.

7. Advise all members of the household in which he is residing of his criminal history, even when his residence is temporary where children are present.

8. Shall have no contact either directly or indirectly with the victim or her family.

Judgment
State v. Richard Pomeroy
3AN-S02-10469 Cr.
Page 3 of 7

IT IS ORDERED, pursuant to AS 12.55.039(a)(1), that the defendant pay a court surcharge of $100.00 within ten days.

☒ IT IS ORDERED, pursuant to AS 12.55.041(b)(1), that the defendant pay a correctional facility surcharge of $100.00 within ten days, because the defendant was taken to a correctional facility or sentenced to a term of imprisonment.

☒ IT IS ORDERED, pursuant to AS 12.55.041(c) that the defendant pay a probation surcharge of $100.00. The probation surcharge is suspended unless the defendant is placed in a correctional facility on a petition to revoke probation or unless the defendant is sentence to a term of imprisonment on a petition to revoke probation.

DNA IDENTIFICATION. If this conviction is for a felony as defined in AS 44.41.035, the defendant is ordered to provide samples for the DNA Registration System when requested to do so by a health care professional acting on behalf of the state. AS 12.55.015(h).

RESTITUTION: IT IS ORDERED that defendant pay restitution for uninsured losses as follows:

| Restitution Recipients | Amount |
|---|---|
| A. | $ |
| B. | |
| C. | $ |

☐ Others listed on attached Addendum.

Payments must be made to the Department of Law Collections Unit, 1031 West Fourth Avenue, Suite 200, Anchorage, AK 99501.

Restitution is due immediately for civil execution purposes, unless defendant establishes a payment schedule with the Department of Law Collections Unit. If the defendant misses any required payment, the total unpaid amount becomes immediately due and civil execution may begin.

☐ Interest will accrue on the principal amount of restitution due at the rate provided I AS 09.30.070(a), currently 6.25%, from:
    ☐ the date of loss: _____.
    ☐ the date of judgment.
    ☐ _____.

Defendant shall receive credit for time served which is applicable to this case only.

Judgment
State v. Richard Pomeroy
3AN-S02-10469 Cr.
Page 4 of 7

Any appearance bond in this case is:

☒ exonerated
☐ exonerated when defendant reports to the jail to serve the term of imprisonment
☐ was forfeited and any forfeited funds shall be applied to the restitution.
☐ _____.

_____9/13/05_____     _____
Effective date                    Judge

                        ___LARRY D. CARD___
                        Type Judge's Name

## NOTICE TO DEFENDANT

You are advised that according to the law, the court may at any time revoke your probation for cause or modify the terms or conditions of your probation. You are subject to arrest by a probation officer with or without a warrant if the officer has cause to believe that you have violated a condition of your probation. You are further advised that it is your responsibility to make your probation officer aware of your adherence to all conditions of probation set forth above.

<u>Sentence Appeal</u>. If you are ordered to serve more than two years in jail, you may appeal the sentence to the court of appeals on the ground that it is excessive. Your appeal must be filed within 30 days of the date of distribution stated below. If you are sentenced to serve two years or less in jail, you may seek review of your sentence by filing a petition for review in the supreme court. To do this, you must file a notice of intent to file a petition for sentence review within 10 days of the date of distribution stated below. See Appellate Rules 215 and 403(h) for more information on time limits, procedures and possible consequences of seeking review of your sentence.

☐ REGISTRATION REQUIREMENT. Because you have been convicted of one of the offenses listed in AS 12.63.100, you must register as described in the attached form (CR-471, Sex Offender and Child Kidnapper Registration Requirement.

I certify that on __9-13-05__ a copy of this judgment was sent to:

I certify that on __9-23-05__ a copy of this Judgment was sent to:

☑ DA
☑ Defense Atty _A. Lambert, Esq_
☑ DOC
Sec./Clerk: _V. Ulmer_

☐ DA
☐ Def Atty _____
☐ Deft thru _____
☐ Police/AST
☑ Jail
☐ VPSO/Village Council at _____
☐ Collections Unit for cost of imprisonment
☑ _SOA, DOC, Dofa_
Clerk: _____

☐ Exhibit Clerk
☐ Adult Probation
☐ DPS-R&I-Anchorage
☑ DPS-Fingerprint Section
☐ DMV-Juneau (lic. action)

## WRIT OF EXECUTION

**To Department of Law Collections Unit:** You are commanded to satisfy the above restitution order, including interest and costs, by seizing the defendant's Alaska Permanent Fund Dividend. This writ terminates upon full payment of the restitution, including interest and costs. This writ does not become effective until the defendant fails to make any required payment.

Judgment
State v. Richard Pomeroy
3AN-S02-10469 Cr.
Page 6 of 7

I hereby certify that this is a true and correct copy of the original on file in my office.
ATTEST:
_____ Clerk of the Trial Courts
By _____ Deputy
Date: _10/5/05_

R. p. 10