IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

RICHARD D. POMEROY )
)
Plaintiff, )
)
vs. )
)
BARBARA BRINK; Supervisor )
Alaska Public Defender Agency; )
GARY SOBERAY; Assistant Public )  Case No. 3AN-05-4284      CI
Defender; JEFF MAHLEN; Assis- )
tant Public Defender, )
)  DEMAND FOR JURY TRIAL
Defendant(s) )
_____ )

## AMENDED COMPLAINT

COMES NOW, Plaintiff, Richard D. Pomeroy, proceeding as Pro-Se, and for the cause of action of this complaint states and alleges as follows:

I.

The plaintiff is a resident of the Third Judicial District of the State of Alaska.

II.

The defendant(s) are residents of the Third Judicial District of the State of Alaska.

III.

All incidents relevant to the cause of action of the complaint occured in the Third Judicial District in the

AMENDED COMPLAINT/
Page 1 of 5

Richard D. Pomeroy
Cook Inlet Pretrial
1300 E. 4th Ave.
Anchorage Alaska  99501

State of Alaska.

IV.

Defendant(s) are sued in their individual capacity for acts committed against plaintiff using their 'official capacity'.

V.

Between November of 2002 through January 2005, defendant(s) acting as State agents and under the color of State law, using their official capacity, unreasonably with knowing and deliberate milish intent violated statutory legal requirements. These violations in turn, cause plaintiff's protected inherit federal and State civil and constitutional rights to be abridge. Defendant(s) showed a reckless disregard when they deprived plaintiff of [h]is garanteed constitutional rights.

FIRST CAUSE OF ACTION

VI.

Plaintiff realleges and incorporates paragraph I through V, into this first cause of action.

VII.

Defendant(s) actions and inactions towards plaintiff cause an interference and obstruction to plaintiff's federal and State Constitutional rights to; due process of the law; right to bail out of jail and/or release from restraint of liberty; right to effective assistance of counsel; freedom to access the courts; freedom to appeal, have all been abridge and/or violated by the acts of defendant(s).

AMENDED COMPLAINT/
page 2 of 5

## VIII.

Defendant(s) actions and inactions cause plaintiff to be unlawfully held in restraint of [h]is liberty.

## SECOND CAUSE OF ACTION

## XI.

Plaintiff realleges and incorporates paragraph I through VIII, into this first cause of action.

## XII.

Defendant(s) actions and inactions towards plaintiff constituted an abuse of Public Office.

## XIII.

The defendant(s) acted in collusion to deprive plaintiff of [h]is constitutional rights.

## IX.

That defendant(s) deliberate, wanton, recklace, acts against plaintiff, constituted a negligents against plaintiff.

## THIRD CAUSE OF ACTION

## X.

Plaintiff realleges and incorporates paragraph I throgh IX, into this third cause of action.

## XI.

As a direct and proximate result of Defendant(s) negligent acts against plaintiff, plaintiff suffered the damages set forth in paragraph XV, of this complaint.

AMENDED COMPLAINT/
Page 3 of 5

Richard D. Pomeroy Pro-Se
Cook Inlet Pretrial
1300 E. 4th Ave.
Anchorage Alaska  99501

XII.

At all times material herein, the acts and omissions of defendant(s) cause plaintiff to suffer emotional and financial harm.

XIII.

Defendant(s) breach their legal statutory requirements, by depriving plaintiff of [h]is protected inherit constitutional rights.

FOURTH CAUSE OF ACTION

XIV.

Plaintiff realleges and incorporates paragraphs I through XIII, of this fourth cause of action.

XV.

As a direct and proximate result of the defendant(s) conduct, plaintiff suffered the following damages;

1. Past, present, and future emotional pain and suffering.

2. Past, present, and future hardships.

3. Other damages to be proven at trial.

WHEREFORE, plaintiff prays for judgement as follows;

a. Compensatory and Consequential damages against each and every defendant in the amount of $3,000,000;

b. Punitive damages against each defendant, the supervisor of the Alaska State Office of the Public Defender Agency and the two Assistant Attorney's in the amount of $1,000,000;

c. Attorney fees incurred herein against each defendant; and

AMENDED COMPLAINT/
Page 4 of 5

      d. Such other additional relief as the court may deem just and equitable.

DATED THIS 27th, day of, January, 2005, at Anchorage Alaska.

                                      Richard D. Pomeroy
                                      Pro-Se Counsel

Richard D. Pomeroy Pro-Se
Cook Inlet Pretrial
1300 E. 4th Ave.
Anchorage Alaska 99501

AMENDED COMPLAINT/
Page 5 of 5

R., p. 15

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

RICHARD D. POMEROY )
)
Plaintiff, )
)
vs. )
)
BARBARA BRINK; Supervisor )
Alaska Public Defender Agency; )
GARY SOBERAY; Assistant Public )
Defender; JEFF MAHLEN; Assis- )
tant Public Defender, )
)
Defendant(s) )
_____)

Case No. 3AN-05-4284   CI



RECEIVED
FEB 1 4 2005
DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
3RD JUDICIAL DISTRICT
ANCHORAGE, ALASKA

~~PROPOSE~~ ORDER

This matter having come before this court on the plaintiff's motion to amend original complaint, and this court having been duly advised;

Plaintiff propose amended complaint is HEREBY ~~EXCEPTED~~ Accepted for filing with this court.

IT IS ORDERED that the defendant(s) shall file an answer to the Amended Complaint within 20 days of the date of this Order. The Court will treat the Motion to Dismiss the original complaint to apply to the Amended Complaint. Defendants may file a additional motion to dismiss to address any new claims in the Amended Complaint. They need not, but may, repeat the arguments raised in the original motion. The Court will not rule on the existing motion until a supplemental motion is ripe or until Defendants affirmatively indicate no supplemental motion will be filed. WFM

Dated this ___9___ day of, ___Feb___, 2005, at Anchorage Alaska.

Hon. William F. Morse
Superior Court Judge

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| RICHARD D. POMEROY, <br><br> Plaintiff, <br><br> v. <br><br> BARBARA BRINK; Supervisor Alaska Public Defender Agency; GARY SOBERAY; Assistant Public Defender; JEFF MAHLEN; Assistant Public Defender, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Case No. 3AN-05-4284 CI |

**ORDER**

The defendants, all employees of the Alaska Public Defender Agency, have moved for dismissal under Civil Rule 12(b)(6) for Pomeroy's failure to state a claim upon which relief may be granted. Upon consideration of the memoranda supporting and opposing,

IT IS HEREBY ORDERED that the defendants' motion to dismiss is GRANTED.

Dated  22 Feb 05

William F. Morse
Judge of the Superior Court

This is to certify that on this date, a copy of the foregoing is being mailed to:

Richard D. Pomeroy
Cook Inlet Pretrial
1300 E. 4th Avenue
Anchorage, AK 99501

Patricia Runyan    1/27/05
Patricia Runyan    Date

2/22/05
I certify that on _____ a copy of the above was mailed to each of the following at their addresses of record (list names if not an agency)
☐ CSSD ☒ AG ☐ PD ☐ DA
Pomeroy c/o CIPT

Administrative Assistant

R., p. 17

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| RICHARD D. POMEROY, ) | |
|     Plaintiff, ) | **RECEIVED** |
|     v. ) | MAR 1 0 2005 |
| BARBARA BRINK; Supervisor Alaska ) Public Defender Agency; GARY ) SOBERAY; Assistant Public Defender; ) JEFF MAHLEN; Assistant Public ) Defender, ) | DEPARTMENT OF LAW OFFICE OF THE ATTORNEY GENERAL 3rd JUDICIAL DISTRICT ANCHORAGE, ALASKA |
|     Defendants. ) | Case No. 3AN-05-4284 CI<br><br>**FINAL JUDGMENT** |

IT IS ORDERED that judgment is entered as follows:

1. Plaintiff Richard D. Pomeroy, d.o.b. 07/26/57, shall recover nothing in this case. Defendants Barbara Brink, Gary Soberay, and Jeff Mahlen, shall have judgment against Richard D. Pomeroy. As these defendants have been represented by the State of Alaska, plaintiff Pomeroy shall pay the following amounts to the state:

    a.     Attorney's Fees      $ _____
            Date Awarded: _____
            Judge: _____

    b.     Costs      $ _____
            Date Awarded: _____
            Clerk: _____

    c.     **TOTAL JUDGMENT:**      $ _____

    d.     Post-Judgment Interest Rate:      1.25 %

\_\_10 March 2005\_\_
Date

_____
William F. Morse
Superior Court Judge

R., p. 18

1

2  This is to certify that on this date, a copy of the foregoing is being mailed to:

3  Richard D. Pomeroy
   Anchorage Correctional Complex West
4  1300 E. 4th Avenue
   Anchorage, AK 99501

5

6  *Patricia Runyan* 2/25/05
   Patricia Runyan          Date

7

...

19  I certify that on 3/10/05 a copy    AG *Vennrodt*
20  of the above was mailed to each of the following at
    their addresses of record, list names if not an agency)
21  ☐ CSED ☐ DH ☐ DFS ☐ DA
                                         *Pomeroy*
22  *[signature]*                        *Rich Saul*
    Administrative Assistant

...

26  Final Judgment
    *Pomeroy v. Brink et al.*
    3AN-05-4284 CI
    Page 2 of 2

OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

R., p. 19