DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Venable Vermont, Jr.
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@law.state.ak.us

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| RICHARD D. POMEROY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case No.: 3:06-cv-00099-TMB |
| | ) | |
| v. | ) | |
| | ) | |
| BARBARA BRINK; Supervisor Alaska Public Defender Agency; GARY SOBERAY; Assistant Public Defender; and JEFF MAHLEN; Assistant Public Defender, | ) ) ) ) ) | **PROPOSED ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Richard Pomeroy has brought a civil claim for damages against three public defenders who represented him in a state criminal prosecution.  He calls this complaint a "Bivin-type (sic) claim" and alleges various jurisdictional bases.  Pursuant to Federal Rule of Civil Procedure 12(b)(6) the defendants have moved for dismissal, arguing that, no matter how Pomeroy designates his claim, there is no federal jurisdictional basis for it.  Based upon

the memoranda supporting and opposing,

IT IS HEREBY ORDERED that Pomeroy's complaint be and hereby is DISMISSED. As the plaintiff, Pomeroy is required to show a jurisdictional basis in this court for any federal claim against these state employees. He has failed to do so and this dismissal is appropriate.

Dated _____    _____
                                Timothy M. Burgess
                                United States District Judge

This is to certify that on this date, a copy of
the foregoing Proposed Order is being mailed to:

Richard D. Pomeroy
529 W. 75th Ave., # 1
Anchorage, AK 99518

s/ Venable Vermont, Jr.  8/25/06

Order
*Pomeroy v. Brink, et al.*
3:06-cv-00099-TMB
Page 2 of 2