IN THE DISTRICT SUPERIOR COURT FOR THE STATE OF ALASKA
AT _Anchorage_

**RECEIVED**
SEP 0 5 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

In the Matter of the Application
for Post Conviction Relief Of:

_Richard D. Pomeroy_
(Name of Applicant)

FOR COURT USE ONLY
CASE NO. _3AN-06-6790 CI_

APPLICATION FOR POST CONVICTION
RELIEF FROM CONVICTION OR
SENTENCE (CRIMINAL RULE 35.1)

---

**CERTIFICATION**

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

---

I, _Richard D. Pomeroy_, hereby apply for relief under Criminal Rule 35.1.

### PART A

(Please type or print neatly. Also, if possible, please attach a copy of your judgment of conviction.)

The conviction (sentence) from which I seek relief is as follows:

1. Full original case number: _3AN-S02-10469 CR_
   Case name: _State of Alaska_ v. _Richard Pomeroy_
             (plaintiff)                    (defendant)

2. Court which imposed sentence: ☐ District Court   ☒ Superior Court
   Court Location: _Anchorage Alaska_   Name of Judge _Larry D. Card_

3. Date shown in clerk's certificate of distribution on the judgment: _9-13-2005_

4. Date of sentencing and terms of sentence: _9-13-2005_
   _5-years w/ two suspendended, probation for 3-years_

5. Crime or crimes of which I was convicted: _assault in the third degree_

6. I am now ☒ not in custody   ☐ in custody at _____

Page 1 of 7
CR-610 (7/96)(cs)
APPLICATION FOR POST CONVICTION RELIEF
FROM CONVICTION/SENTENCE (CRIMINAL RULE 35.1)

AS 12.72.010-.040
Crim. Rule 35.1

S, pg 1

7. Mailing address: 5: W. 75th Ave, Apt 1, Anchorage AK 99518

8. The finding of guilty was made after a plea of

    ☐ guilty     ☐ not guilty     ☒ nolo contendere

9. Finding was made by     ☐ a jury     ☒ a judge

10. Name and address of my lawyer: Andrew Lambert, 711. H. St., Suite 450, Anchorage AK 99501

    ☐ I was not represented by a lawyer.

11. Lawyer was     ☐ employed by me     ☒ appointed by the court

12. Did you appeal your conviction (or sentence)? YES,

13. If you answered "yes" to question No. 12 above, state the following:

    a. the name of each court to which you appealed:
       Court of Appeals for the State of Alaska Case A-09518

    b. the result in each court to which you appealed and the date of such result:
       It was ordered applicant must go through Post-conviction-relief, in the lower court before proceeding to the appeals court

    c. Did a lawyer represent you on the appeal(s)? No

       State the name(s) and address(es) of your lawyer(s) on the appeal(s):

       Lawyer was:     ☐ employed by you     ☐ appointed by the court

14. Have you filed a previous application for post conviction relief in this case? No

15. Did you seek any other review of or relief from this conviction or sentence (for example, by filing a motion to modify or correct the sentence, or a petition for habeas corpus or coram nobis in this court or any other state or federal court)?

Page 2 of 7
CR-610 (7/96)(cs)
APPLICATION FOR POST CONVICTION RELIEF
FROM CONVICTION/SENTENCE (CRIMINAL RULE 35.1)

AS 12.72.010-.040
Crim. Rule 35.1

S, pg 2

16. If you answered "yes" No. 14 or No. 15, state the following:

   a. each ground for relief which you previously presented:

_____
_____
_____
_____
_____
_____
_____

   b. the proceedings in which each ground was raised:

_____
_____
_____
_____
_____
_____
_____

   c. the results of each proceeding and the date of such results:

_____
_____
_____
_____
_____
_____
_____

   d. the name and address of lawyers(s), if any, who represented you in these proceedings (separately for each proceeding) _____

_____
_____
_____
_____

   e. lawyer was ☐ employed by me ☐ appointed by the court

Page 3 of 7
CR-610 (7/96)(cs)
APPLICATION FOR POST CONVICTION RELIEF
FROM CONVICTION/SENTENCE (CRIMINAL RULE 35.1)

AS 12.72.010-.040
Crim. Rule 35.1

*S. Pg 3*

PART B

I believe I have grounds for relief from the conviction and sentence described in Part A.

1. My grounds for relief are as follows: (State which parts of Criminal Rule 35.1(a) you believe apply to your case. 35.1 (a)(1) that the conviction or the sentence was in violation of the constitution of the United States or the Constitution or laws of Alaska. 35.1 (a)(3) that there exists evidence of material facts, not previously presented and heard, that require vacation of the conviction or sentence in the interest of justice. 35.1 (a)(9), that the applicant was not afforded effective assistance of counsel at trial or on direct appeal.

2. The facts which support each of the grounds set out above are: (List in the same order as set out in paragraph 1.) 35.1 (a)(1) Pomeroy's federal and state constitutional rights were violated when "and with intentional means to decieve" Applicant's State appointed attorney withheld vital and crutial evidence from applicant prior to plea agreement, see Exhibit's A pg 1, B pgs 1-44, C pgs 1-35, D pgs 1-5, E pgs 1-2 that applicant's federal and state Constitutional rights were further violated when during hearing proceedings held on August 25, 2005, Superior Court Judge Larry D. Card, refuse to permit applicant to present evidence to support applicants motion to dismiss for violations of applicant's federal and state constitutional rights to a speedy trial. Card denied the motion on grounds of concern prosecutorial misconduct would be disclosed were the prosecutor to take the stand and explain why she withheld evidence from the defense. (see Supplemental pg 4(a)

Page 4 of 7
CR-610 (7/96)(cs)
APPLICATION FOR POST CONVICTION RELIEF
FROM CONVICTION/SENTENCE (CRIMINAL RULE 35.1)

AS 12.72.010-.040
Crim. Rule 35.1

S, pg 4

Part B question 2
Supplemental page 4a

Cont.
Exhibit F (tape cassette of August 25th 2005 hearing). Applicant appealed the court's desicion to the Court of Appeals for the State of Alaska see Exhibit G, pgs 1-5, and was denied access to the court under Appellate Rule 209(b)(4), Applicant file as PRO-SE, when his state appointed attorney refuse to protect applicant's federal and state constitutional rights to a fair and meaningful hearing and right to due process and equal protection under the law. Note: applicant requested his attorney to re-file the appeal see Exhibit H pg 1, and he refuse. Pomeroy is consulidating motion constitutunal right violations into this Post-conviction Relief package as they will not be deemed waved by the silence of applicant. 35.1(a)(3) the above mention Exhibit's constitute the material facts applicant will be using in support of this post-conviction relief package. However other evidence (exculpatory in nature) withheld from applicant consisted of DFYS reports, Good samaritan counseling records' and the fact the states number one witness fled the state as a fugitive from justice, to name a few. 35.1(a)(9) applicant rest and uses the above-mention facts to support recieving eneffective assistance of Counsel. Application for post-conviction relief however applicant CR. Rule 35.1

page 4(a)
'Application for post Conviction Relief'

Cont. pg 4a

believes there is also a 'Blackley' issue when a aggravator was used by the state to enhance applicant's sentence, without a jury ruling on the aggravator, furthermore, upon applicant review of his attorney criminal file found no evidence to support such a 'aggravator'.

Page 4a Cont.
Application for post Conviction Relief'

3. I have personal knowledge of the following facts among those listed in paragraph 2: (False statements with regard to facts stated upon your personal knowledge are subject to the penalties for perjury.) _Applicant has no representation at this time, however relies on the presented fact's and evidence presented with this Post-Conviction Relief package, that demonstrates flagrant violations of applicants federal and State Constitutional rights._

4. What evidence, other than your own statements, do you have to prove the facts you stated in paragraph 2 above? (You must attach all affidavits, records or other evidence supporting your allegations or state why they are not attached.) _see all exhibits and tape presented with this post conviction package._

Page 5 of 7
CR-610 (7/96)(cs)
APPLICATION FOR POST CONVICTION RELIEF
FROM CONVICTION/SENTENCE (CRIMINAL RULE 35.1)
AS 12.72.010-.040
Crim. Rule 35.1

5, pg 7

(Fill out this section only if you claim that you are indigent. You must attach a sworn Financial Statement on form CR-206. Note: AS 18.85.100(c) limits the appointment of counsel in post conviction relief proceedings.)

☐ I request that the filing fee be partially waived for this application. I am attaching:

1. a filled out CIV-670 PRISONER REQUEST FOR FILING FEE EXEMPTION,

2. a filled out CR-206 FINANCIAL STATEMENT,

3. a certified copy of my prisoner account statement for the past six months from the Department of Corrections (DOC), and

4. a cover memo from the Department of Corrections listing average monthly deposits and average balance in my account.

☐ I request that the court appoint an attorney to represent me in this proceeding because I cannot afford to pay for one. I understand that:

1. I must provide to the court all financial information requested by the court so the court can decide if I qualify for an appointed attorney. This information may be made available to the Attorney General after the conclusion of this proceeding. If I give false information, it may be used to prosecute me for perjury.

2. If my financial situation changes and I do not report this to the court, the law requires my appointed attorney to do so.

3. If my application for post conviction relief is denied, the court will enter a judgment against me which will require me to pay part of the cost of my appointed attorney.* In most cases the court will use the schedule shown below to determine the amount I will be required to pay. However, in unusual circumstances, the court may enter judgment against me for more or less than the scheduled amount. After the judgment is entered, I may request the court to reduce the amount of the judgment if payment would cause manifest hardship to me or my family.

Schedule of Costs For Court-Appointed Counsel

| Offense of Which Applicant Was Convicted | | | |
|---|---|---|---|
| Misdemeanor | Class B or C Felony | Class A or Unclassified Felony | Murder in the 1st or 2nd Degree |
| $250 | $250 | $500 | $750 |

---

\* Pamphlet CR-204 explaining the benefits and costs of court-appointed counsel is available from the court.

Page 6 of 7
CR-610 (7/96)(cs)
APPLICATION FOR POST CONVICTION RELIEF
FROM CONVICTION/SENTENCE (CRIMINAL RULE 35.1)

AS 12.72.010-.040
Crim. Rule 35.1

5, pg 8

GENERAL WAIVER

If I have requested a court-appointed attorney, I authorize anyone to release to the Alaska Court System all information concerning my assets, liabilities, account balances and any income source I have had for the past three years. This includes but is not limited to all current and past employers, banks, credit and depository institutions, accountants, brokers and credit bureaus.

VERIFICATION

I, _Richard D. Pomeroy_, say on oath or affirm that I have read all parts of the foregoing document and believe all statements made in the document are true. I understand that false statements in this application may subject me to prosecution for perjury.

_4/11/2006_
Date

_[signature]_
Signature of Applicant

_529 W. 75th Ave, Apt 1_
Address

_Anchorage AK 99518_

Subscribed and sworn to or affirmed before me at _Anchorage_, Alaska.
on _April 11, 06_.
    (Date)

(SEAL)

_[signature] Lumpkin_
Clerk of Court, Notary Public, or other person authorized to administer oaths.
My commission expires: _10/0_

I certify that on _____,
a copy of this application was sent to the District Attorney at _____, Alaska.

Clerk: _____

### Expedited Consideration

Under Criminal Rule 35.1(i), you may move for expedited consideration of this application. Your motion must comply with Civil Rule 77(g).

Page 7 of 7
CR-610 (7/96)(cs)
APPLICATION FOR POST CONVICTION RELIEF
FROM CONVICTION/SENTENCE (CRIMINAL RULE 35.1)

AS 12.72.010-.040
Crim. Rule 35.1

S. pg 9

*copy for Applicant*
*so1*

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

RICHARD D. POMEROY, )
)
)
Applicant, )
v. ) CASE NO. 3AN-S06-6790 CI
STATE of ALASKA, )
Respondent )  CERTIFICATE OF SERVICE
)

This is to certify that on 8/21/06 I ☑ mailed ☐ personally delivered a copy of this
                              (Date)
Certificate of Service and a copy of the following documents:
'Motion To Amend'
Affidavit
Order
Supplemental 4b pgs 1-4
Exhibits K, L, M, N, O

to the attorneys or parties of record at their address listed below ( List name and address where documents were mailed):

J. ALAN GOODWIN
310 K. ST., Suite 520
Anchorage AK 99501

DATED: 8/21/2006

X _____
         (Signature)

Richard D. Pomeroy
(Print your name)

529 W. 75th Ave #1
(Address/telephone Number)
Anch, AK 99518
(907) 952-8055

S, pg 10