IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

RICHARD D. POMEROY,

Applicant,

vs.

STATE OF ALASKA

Respondent.

CASE: 3AN-S06-6790 CI

3AN-S02-10469 CR
Appeal A-9415
A04-0288 (RRB)
Case S-11858

Clerk of the Trial Courts
AUG 21 2006
Original Received
COPY

Richard D. Pomeroy
529 W. 75th Ave., #1
Anchorage, Alaska 99518
(907) 952-8055

## APPLICANT'S MOTION TO AMEND APPLICATION FOR POST-CONVICTION RELIEF

COMES NOW, Applicant Richard D. Pomeroy, proceeding PRO-SE, pursuant to Civil Procedure Rule 15 (a)(d) Amendment and Supplemental Pleadings, herein submits amendments 4 & pages 1-4. These amendments incorporate three (3) state public defenders for violations.

'Motion To Amend'
Pomeroy v. State
Case 3AN-S06-6790 CI
Page 1 of 2

S, Pg 11

of Pomeroy's state and inherit federal constitutional rights.

This motion to amend is supported by facts as described in Exhibit M, pgs 1-12, and evidence in Exhibit N, pgs 1 of 3.

Wherefore applicant moves this court to grant applicants amendment's to accept page 1 through 4 of supplemental 4b, as no action has been taken in this case.

Dated this 21st day of, August, 2006, at Anchorage Alaska.

Richard D. Pomeroy
PRO-SE COUNSEL

Richard D. Pomeroy
529 W. 75th Ave., #1
Anchorage, Alaska 99518
(907) 952-8055

'Motion To Amend'
Pomeroy v. State
Case 3AN-S06-6790 CI
Page 2 of 2

S, pg 12

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

RICHARD D. POMEROY, )
      Applicant, )
    vs. )
STATE OF ALASKA, )
      Respondent. ) Case: 3AN-S06-6790 CI

AFFIDAVIT OF RICHARD D. POMEROY

STATE OF ALASKA )
                     ) ss.
THIRD JUDICIAL DISTRICT )

    I, Richard D. Pomeroy, being first duly sworn upon his oath does depose and state as follows:

    1. THAT ALL FACTS STATED IN THE AMENDMENT 4-6 pages 1-4 ARE TRUE TO THE BEST OF MY KNOWLEGE.

    2. I AM REPRESENTING MYSELF AS A PRO SE LITIGANT.

Richard D. Pomeroy
529 W. 75th Ave., #1
Anchorage, Alaska 99518
(907) 952-8055

'Affidavit'
Pomeroy v. State
3AN-S06-6790 CI
Pages 1 of 2

S, PG 13

3. THAT THE THREE NAMED PUBLIC DEFENDERS IN 4-b, ACTIONS AND INACTIONS CAUSED APPLICANTS STATE AND INHERIT FEDERAL CONSTITUTIONAL RIGHTS TO BE VIOLATED AND IN TURN CAUSE a 'INTERFERENCE' WITH THE CONSTITUTIONAL RIGHTS OF APPLICANT.

Dated this 21, day of, August 2006, at Anchorage Alaska.

Richard D. Pomeroy
PRO-SE COUNSEL

SUBSCRIBED AND SWORN to before me this 21, day of, August, 2006, at Anchorage Alaska.

aDaea Deputy
Notary Public for Alaska
My Commission Expires
W/O

AFFIDAVIT
Pomeroy v. State
Case 3AN-506-6790 CI
Page 2 of 2

Richard D. Pomeroy
529 W. 75th Ave., #1
Anchorage, Alaska 99518
(907) 952-8055

S, Pg 14

Part B, question 2
Supplemental page 4b

On about December 28, 2004, Applicant filed civil complaint (case 3AN-05-4284), see Exhibit K, pgs 1-5, against three (3) state public defenders that had represented Applicant (Pomeroy) in criminal cas 3AN-S02-10469 CR. The names of these public defenders are, Barbara Brink, Gary Soberay, and Jeff Mahlen. On January 27th 2005, applicant moved the court to amend the complaint, see Exhibit L, pgs 1-5. The Superior Court granted applicants amendments.

Pomeroy use a 'Bivins-type' approach when filing the complaint for direct violations of Pomeroy's state and inherit

---

Pomeroy v. State
'Supplemental to Post conviction Relief'
Supplemental 4b
pages 1 of 4
Case 3AN-S06-6790 CI

S; pg 15

Richard D. Pomeroy
529 W. 75th Ave., #1
Anchorage, Alaska 99518
(907) 952-8055

Supplement 4b

federal constitutional rights as listed.

    a) right to due process of the law;

    b) right to bail out of jail;

    c) right to effective assistance of counsel;

    d) right to access the courts;

    e) right to appeal.

On January 27, 2005, respondents filed for summary judgment under civil procedure 12-(b)(6), with the defendants claiming Pomeroy has "alternative avenues" this to be "Post-conviction Relief," if convicted. On February 22, 2005 the court granted respondents motion for summary judgment, without taking

---

Pomeroy v. State
'Supplemental to Post Conviction Relief'
Supplemental 4b
page 2 o 4
Case 3AN-S06-6790 CI

S, pg 16

Richard D. Pomeroy
529 W. 75th Ave., #1
Anchorage, Alaska 99518
(907) 952-8055

Supplement 4b

any of Pomeroy's facts or evidence into consideration as listed in Exhibit M, pags 1-12. Petitioner now uses Exhibit M, in support of supplemental 4b. In further support of misconduct by these three state officers Pomeroy attach phone and voicemail notes obtain from the public defenders agency that clearly establish that in fact these public defenders had evidence in their possesion, made copies, than decline to send and/or disclose this evidence to Mr. Pomeroy, see Exhibit N, pgs 1-3.

On about May 17, 2005, petitioner appeal

Pomeroy v. State
'Supplemental to Post Conviction Relief'
Supplemental 4b
page 3 of 4
Case 3AN-S06-6790 CI

Richard D. Pomeroy
529 W. 75th Ave., #1
Anchorage, Alaska 99518
(907) 952-8055

S, pg 17

to the Alaska Supreme Court, case S-11858. On January 18, 2006, the Supreme Court ruled in favor of respondent's and that Pomeroy "adequate alternative avenues" to remedy any harm caused by the government's conduct, see Exhibit O, pgs 1-6, (specifically pages 4 and 6).

Pursuant to the Alaska Supreme Court and Superior Court rulings, Pomeroy has supported this supplemental with enough facts and evidence for the court to review and determine Pomeroy has a cause of action and permit this supplemental 4b into Pomeroy's Post Conviction Relief package.

Richard D. Pomeroy
529 W. 75th Ave., #1
Anchorage, Alaska 99518
(907) 952-8055

Pomeroy v. State
'Supplemental to Post Conviction Relief'
Supplemental 4b
page 4 of 4
Case 3AN-S06-6790 CI

S, Pg 18

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

|  |  |
|---|---|
| RICHARD D. POMEROY<br><br>    Plaintiff,<br><br>vs.<br><br>BARBARA BRINK; Supervisor Alaska Public Defender Agency; GARY SOBERAY: Assistant Public Defender; JEFF MAHLEN; Assistant Public Defender,<br><br>    Defendant(s) | Case No 3AN-05-4884 CI<br><br>DEMAND FOR JURY TRIAL |

## COMPLAINT

COMES NOW, Plaintiff, Richard D. Pomeroy, proceeding as Pro-Se, and for the cause of action of this complaint states and alleges as follows:

I.

The plaintiff is a resident of the Third Judicial District of the State of Alaska.

II.

The defendant(s) are residents of the Third Judicial District of the State of Alaska.

III.

All incidents relevant to the cause of this action of the complaint occured in the Third Judicial District in the

COMPLAINT/
Page 1 of 5

Richard D. Pomeroy
Cook Inlet Pretrial
1300 E. 4th Ave.
Anchorage Alaska 99501

Exh. K, pg, 1 of 5
S, pg 19

State of Alaska.

### IV.

Defendant(s) are sued in their individual capacity and/or full official capacity.

### V.

From November of 2002, to present, defendant's 'acting as State agents' with deliberate milish intent, knowingly intefered, obstructed, abridged and/or violated numerous protected federal and state constitutional rights of plaintiff while these State agents acted under State color of law. Defendant's showed a reckless disregard for garanteed constitutional inherit rights of plaintiff for over two years plaintiff has been in restraint of [h]is liberty.

### FIRST CAUSE OF ACTION

### VI.

Plaintiff realleges and incorporates paragraph I through V, into this first cause of action.

### VII.

Defendant's actions towards plaintiff cause an interference and obstruction to plaintiff's State and Federal Constitutional rights to, due process of the law, right to bail out of jail and/or be release from restraint of liberty, right

Richard D. Pomeroy
Cook Inlet Pretrial
1300 E. 4th Ave.
Anchorage Alaska 99501

COMPLAINT/
Page 2 of 5

Exh. K, pg 2 of 5
S. pg 20