DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Ruth Botstein
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@law.state.ak.us

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| RICHARD D. POMEROY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 3:06-cv-00099-TMB |
| | ) | |
| v. | ) | |
| | ) | |
| BARBARA BRINK; Supervisor Alaska | ) | |
| Public Defender Agency; GARY | ) | |
| SOBERAY; Assistant Public Defender; | ) | |
| and JEFF MAHLEN; Assistant Public | ) | **SUBSTITUTION OF COUNSEL** |
| Defender, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to District of Alaska Local Rule 11.1(c)(4), Ruth Botstein, Assistant

Attorney General, Department of Law, 1031 W. 4th Avenue, Suite 200, Anchorage, Alaska

99501,     telephone     (907)     269-5190,     fax     (907)     258-0760,     e-mail

Ruth_Botstein@law.state.ak.us, hereby gives notice of her substitution, replacing now-retired

Assistant Attorney General Venable Vermont, Jr. as counsel for defendants Barbara Brink,

Gary Soberay, and Jeff Mahlen.

Under Local Rule 11.1(c)(4), this attorney substitution is permissible without leave of court and without written consent of the clients, because Ms. Botstein is an "attorney[] employed by a governmental entity," the State of Alaska Department Of Law.

The court and all parties are respectfully requested to send copies of all future notices and pleadings to Ms. Botstein at the address referenced above.

DATED this 14th day of September, 2006 at Anchorage, Alaska.

                              DAVID W. MÁRQUEZ
                              ATTORNEY GENERAL

                    By:    s/ Ruth Botstein
                           Assistant Attorney General
                           Office of the Attorney General
                           1031 W. 4th Ave., Ste. 200
                           Anchorage, AK 99501
                           Phone: (907) 269-5190
                           Fax:    (907) 258-0760
                           Ruth_Botstein@law.state.ak.us
                           TWC_ECF@law.state.ak.us
                           ABA No. 9906016

This is to certify that on this date, a copy of the foregoing
Substitution of Counsel is being mailed to:

Richard D. Pomeroy
529 W. 75th Ave., # 1
Anchorage, AK 99518

s/ Ruth Botstein  9/14/06

2