RECEIVED

SEP 1 9 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD POMEROY,<br><br>Plaintiff,<br><br>vs.<br><br>BARBARA BRINK; Supervisor Alaska Public Defender Agency; GARY SOBERAY; Assistant Public Defender; and JEFF MAHLEN; Assistant Public Defender,<br><br>Defendant(s). | Case No.: 3:06-cv-00099-TMB<br><br>**RESPONSE TO DEFENDANT'S REQUEST FOR CASE TO BE DISMISS WITHOUT PREJUDICE** |

     Pomeroy moved this court for a stay of proceedings pending outcome of Pomeroy's State Post-Conviction Relief, pursuant to the State Supreme Court ruling, that Pomeroy has alternative remedies prior to the filing of a 'lawsuit'. Further, this was also the States argument. Now, that Pomeroy has 'consolidated' the three above named attorney's in his application for Post-Conviction Relief, which brings the total of state attorney's named

'Plaintiff's Response'
*Pomeroy v. Brink et al,*
Case 3:06-cv-00099-TMB
Page 1 of 3

to five (5), that, Pomeroy is claiming committed official misconduct, in turn, violating Pomeroy's state and inherit federal constitutional rights, and to ensure, Pomeroy exhaust <u>all state remedies,</u> prior to moving back into federal court, a stay is proper, as Pomeroy has complied with this court by submitting proper jurisdiction, for claims of 'federal constitutional right violations'.

In the event the Superior Court rules in Pomeroy's favor, and the State decides to adjudicate, and upon reaching an agreement, Pomeroy's federal case would than become moot, also, federal case A04-0288. Pomeroy would than move this court for dismissal without prejudice.

Pomeroy, brings it to the attension of this court, and the attorney general office, that Pomeroy has made claims of 'fraud' in his filings. Furthermore, where three (3) or more parties are named in the same action, you now have possible 'conspiracy'. Pomeroy brought forward in his lawsuits AS: 11.76.110. Interference with constitutional rights. This law consolidated two existing statutes based on, 18 U.S.C. Sections 241, 242 (1970) into a single provision, classified as an A misdemeanor.

When a citizen claims fraud, and/or conspiracy, or that laws have been violated by government officials, the duty of the attorney's general office is to investigate. Pomeroy now moves the attorney generals office to investigate and carefully review Pomeroy's Post-Conviction Relief package to verify if any state or federal laws could have been

'Plaintiff's Response'
*Pomeroy v. Brink et al,*
Case 3:-6-cv-00099-TMB
Page 2 of 3

violated, or that, the parties worked together to deprive Pomeroy of his constitutional rights. Pomeroy first gives the State of Alaska the chance to address this complaint, prior to filing of a complaint with federal Attorney Generals Office in Washington D.C.

WHEREFORE, as Pomeroy has submitted proper jurisdiction, and to save Pomeroy the burden and financial cost associated with the 're-filing' of a 'malpractice lawsuit' in federal court, Pomeroy request for stay is proper pending outcome of post conviction relief proceedings.

Dated this 18th day of September, 2006, at Anchorage Alaska.

Richard D. Pomeroy
Pro-Se Counsel

I certify a copy of the foregoing was mailed to Ruth Botstein
on: 9/18/2006
by: Richard D. Pomeroy

'Plaintiff's Response'
*Pomeroy v. Brink et al,*
Case 3:06-cv-00099-TMB
Page 3 of 3