IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD D. POMEROY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BARBARA BRINK; Supervisor Alaska Public Defender Agency; GARY SOBERAY; Assistant Public Defender; and JEFF MAHLEN; Assistant Public Defender,<br><br>　　　　　Defendants. | Case No. 3:06-cv-99   TMB<br><br><br>O R D E R |

　　　Plaintiff has filed a Complaint alleging deprivation of Federal and State constitutional rights by withholding of evidence during pre-indictment and pre-trial proceedings in a state criminal case. Docket 1. Defendants are two assistant public defenders and the former head of the Alaska Public Defender Agency, all sued in their individual and official capacities. Defendants have filed a Motion to Dismiss for Failure to State a Claim. Docket 11. Plaintiff has opposed the motion, and filed a Motion to Stay. Docket nos. 12 and 15. Defendants have replied. Docket 14.

　　　For the reasons explained in Defendants' Motion and Reply, Docket nos. 11 and 14, this matter must be dismissed. Plaintiff has failed to establish a jurisdictional basis for the Court to hear this lawsuit. Plaintiff's claim - whether a § 1983 claim or a *Bivens* action - cannot proceed unless and until Plaintiff shows that his conviction or sentence has been invalidated. *See Heck v. Humphrey,* 512 U.S. 477, 486 (1994). Dismissal without prejudice to refiling, rather than a stay, is appropriate in these circumstances.

　　　Accordingly, it is hereby ordered that the Motion to Dismiss at Docket 11 is GRANTED, this matters is DISMISSED WITHOUT PREJUDICE, and the Motion to Stay at Docket 15 is DENIED.

　　　Dated at Anchorage, Alaska, this 9th day of November, 2006.

　　　　　　　　　　　　　　　　　　　　　/s/ Timothy Burgess
　　　　　　　　　　　　　　　　　　　　　Timothy M. Burgess
　　　　　　　　　　　　　　　　　　　　　United States District Judge