IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD D. POMEROY,<br><br>              Plaintiff,<br>   vs.<br><br>BARBARA BRINK; Supervisor Alaska Public Defender Agency; GARY SOBERAY; Assistant Public Defender; and JEFF MAHLEN; Assistant Public Defender,<br><br>              Defendant. | Case No. 3:06-cv-00099-TMB TMB<br><br>**JUDGMENT<br>IN A CIVIL CASE** |

   _____   **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

   _XX_   **DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that this case is DISMISSED without prejudice.

APPROVED:

/s/ Timothy M. Burgess
**TIMOTHY M. BURGESS**
United States District Judge

| November 13, 2006 | /s/Ida J. Romack |
|---|---|
| Date | IDA J. ROMACK, Clerk of Court |